FILED: December 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4643
(1:11-cr-00258-ELH-2)
_____

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 v.

RICHARD ANTHONY WILFORD, a/k/a Richie Rich,

 Defendant - Appellant.

_____

O R D E R
_____

Upon consideration of the government's unopposed motion to place case in abeyance pending the district court's ruling on appellant's pro se motions to dismiss for lack of subject matter jurisdiction and for a new trial based on newly discovered evidence. The court grants the motion and places this case in abeyance pending the district court's ruling on the motion to dismiss and motion for new trial.

      The parties shall file a status report 30 days from the date of this order and every thirty days thereafter on the status of the case below.  The parties shall immediately notify the court in writing of the district court's rulings

      For the Court

      <u>/s/ Patricia S. Connor, Clerk</u>