

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*John W. Sippel, Jr.*
*Assistant United States Attorney*
*John.Sippel@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4807*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

January 6, 2016

**VIA ECF**

Patricia S. Connor, Clerk
United States Court of Appeals
 for the Fourth Circuit
U.S. Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219

      Re:   *United States v. Richard Anthony Wilford*
             Docket no. 14-4643

Dear Madam Clerk:

    As directed by the Court in its Order dated December 7, 2015, I submit the following status report on the status of the case before the district court. The government filed its response to defendant Wilford's motion to dismiss for lack of jurisdiction and motion for new trial based on newly discovered evidence on December 15, 2015, and any reply by defendant Wilford is due on or before January 22, 2016.

    A follow-up status report will be submitted 30-days from the date of this report, as directed by the Court.

                  Respectfully submitted,

                  Rod J. Rosenstein
                  United States Attorney

              By: _____/s/_____
                  John W. Sippel, Jr.
                  Assistant United States Attorney

cc: Counsel of record (via ECF)